ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
AARON G. LAWRENCE (SBN 258813), and
Email: aaronl@rac-law.com
ZANE T. PRECIADO (SBN 332853) of
Email: zanep@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
330 N. Brand Blvd., Suite 250
Glendale, California 91203
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds
For Southern California Administrative Company, LLC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>T & D SERVICES, INC., a Nevada corporation, dba T & D TRENCHLESS; DONALD THOMAS VAN DYKE, an individual; SURETEC INSURANCE, COMPANY, a Texas corporation; HUDSON INSURANCE COMPANY, a Delaware corporation; DOE 1 through DOE 5, inclusive,<br><br>Defendants. | 2:24-cv-07812 JGB-GJS<br><br>**JUDGMENT AGAINST DEFENDANTS T&D SERVICES, INC. AND DONALD THOMAS VAN DYKE** |

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF") and Defendants T&D Services, Inc. ("T&D") and Donald Thomas Van Dyke ("Van Dyke") have filed a stipulation for entry of judgment on Plaintiff's first and fifth claims for relief, and for dismissal of Plaintiff's second, third, fourth, sixth, and seventh claims for relief ("Stipulation"), which together fully disposes of this lawsuit. The Court, having considered the Stipulation and finding good cause therefor, hereby enters judgment as follows:

1. **JUDGMENT IS ENTERED ON CLAIM ONE IN FAVOR OF THE PLAINTIFF**, CLTF, an administrator of, agent for collection for, fiduciary to, and on behalf of certain employee benefit plans, including the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Partnership for Jobs Trust Fund, San Diego County Laborers' Pension Trust Fund, and San Diego Construction Advancement Trust Fund (hereinafter collectively referred to as "Trust Funds") and **AGAINST DEFENDANT T&D IN THE AMOUNT OF $565,715.52** (consisting of the following for the period August 2023 through August 2024: $402,809.39 in monthly contributions, $140,235.89 in liquidated damages, $35.00 in NSF fees, $24,105.04 in interest, and taking into account a $1,469.80 balance of credit on T&D's account with CLTF).

2. **JUDGMENT IS ENTERED ON CLAIM FIVE IN FAVOR OF THE PLAINTIFF**, CLTF, an administrator of, agent for collection for, fiduciary to, and on behalf of certain employee benefit plans, including the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Partnership for Jobs Trust Fund, San Diego County Laborers' Pension Trust Fund, and San Diego Construction Advancement Trust Fund (hereinafter collectively referred to as "Trust Funds") and **AGAINST DEFENDANT T&D IN THE AMOUNT OF $250,841.68**, arising out of breach of the prior settlement agreement between CLTF and T&D and Van Dyke. The amount of the monetary judgment awarded in this paragraph 2 reflects a subset of the monetary judgment against T&D for which Van Dyke shares joint and several liability, not additional damages awarded in addition to, the monetary judgment awarded against

T&D in paragraph 1 above.

      3.    The monetary judgments issued hereby in paragraphs 1 and 2 above shall not, and do not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including Plaintiff on behalf of the Trust Funds or any individual Trust Fund) to determine via audit and collect any amounts due, but not presently known to be due, by T&D or Van Dyke (or both of them) that are not encompassed by the Stipulated Judgment, including for any time period other than August 2023 through August 2024.

Dated: November 13, 2024

                                HON. JESUS G. BERNAL
                                United States District Judge